Dear Kenneth Marra

Good Day My Name is Gregory Nicholas luDDy Welch I do not Know my Case Number or Indictment Number. Your looking at my record would state that I am a terrible person. Sincerely I am not. I am a Single father of three children who was victimized by Broward Sheriffs deputies, I was Coerced to entrap myself now I am in a terrible dilemna only GOD and Yourself can understand. I would like to have a motion to Surpress hearing, my lawyer is hard to get in contact with, I was indicted from last year I was unaware cause I moved because My children were terrified from police putting guns to there heads. Since then we had to move cause they were terrified from the incident, they hide whenever they see police and cry Saying I am going to be killed or taken away. I would like a motion to Surpress. because It was an illegal Search also an Illegal statement given. Your honor I Just want to Continue being a Citizen and raise my children please Your honor I beg of your Mercy. I would Greatly Appreciate It Thank You

Gregory welch