UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60212-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY WELCH

        Defendant.
_____/

## NOTICE OF STRIKING DE 59

This is to advise the Court that Docket Entry 59 (Acknowledgment of Service) was filed incorrectly. DE 59 is unrelated to this case.

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        s/ William H. Beckerleg, Jr.
        WILLIAM H. BECKERLEG, JR.
        ASSISTANT UNITED STATES ATTORNEY
        FLORIDA BAR NO. A5500074
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida  33394
        Tel : (954) 660-5774
        Fax:(954)356-7180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18th, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ William H. Beckerleg, Jr.
        WILLIAM H. BECKERLEG, JR.
        ASSISTANT UNITED STATES ATTORNEY