Your honor

My Name is Gregory WElcH Case # 0:09-cr-60212 I was convicted on Sept 17, 2010 under the Residual Clause of the AccA, my sentence was also affirmed under the Residual Clause of the ACCA. I sought through Due dilegence every Avenue available to no avail, your honor I Need Help. I Dont understand the law all I Know is that my case was based on a Johnson issue. I am asking If my Mandate on my Sentenced Can be Recalled So I Can be resentenced according to the guideling of my Sentence

Thank You

Gregory WELCH 73675-004
FCC Coleman Complex Medium
P.O. Box 1032
Coleman Florida 33521

legal Mail

Hon. Kenneth A. Marra
701 clematis Street Room 402
West Palm beach Florida 33401

