UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60212-CR-MARRA

UNITED STATES OF AMERICA

vs.

GREGORY WELCH,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the United States' Motion To Permit Disclosure of the Presentence Investigation Report and the Addendum to the Presentence Investigation Report. The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the United States' motion is GRANTED. The Court finds that that there is a compelling, particularized need for disclosure of the following portions of Welch's PSI and the Addendum to the PSI to Helgi C. Walker, Esquire, for use in connection with her appointment by the Supreme Court as amici curiae in *Welch v. United States*, Case No. 15-6418:

    Part A.  The Offense
    Part B.  The Defendant's Criminal History
    Part D.  Sentencing Options
    Part E.  Factors That May Warrant A Departure
    Part F.  Impact of the Plea Agreement

The following sections, which are not relevant to the proceeding before the Supreme Court, must be redacted in their entirety by either counsel for the United States or counsel for Welch before disclosure of the PSI to Ms. Walker:

- Identifying Data (p. 3) (which includes date of birth, Social Security number, FBI number, Driver's License number, SID, Race, Citizenship, Education, Dependents, Address, Aliases)
- Part C. Offender Characteristics (which includes sections "Personal and Family Data" "Physical Condition" "Mental and Emotional" "Substance Abuse" "Education and Vocational Skills" "Employment Record" "Financial Condition: Ability to Pay")
- Part G. Recommended Special Conditions of Supervision.

Either counsel for the United States or counsel for Welch is hereby authorized to provide a redacted copy of the August 6, 2010, Presentence Investigation Report and the August 27, 2010, Addendum to the Presentence Investigation Report to Helgi C. Walker, Esquire, for use in connection with her appointment by the Supreme Court as amici curiae.

**DONE AND ORDERED** at West Palm Beach, Florida this 27th day of January, 2016.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record