UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(PALM BEACH DIVISION)



FILED BY _____ D.C.

FEB 02 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

GREGORY WELCH,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Case No. 09-CR-60212-KAM

MOTION TO REDUCE SENTENCE
PURSUANT TO
18 U.S.C. § 3582(C)(1)(A)
OF THE "FIRST STEP ACT"
EXTRAORDINARY AND COMPELLING REASONS

    COMES NOW Petitioner Gregory Welch "Petitioner" who files this motion pro-se and prays that this motion gets construed liberally. Haines v. Kerner 404 U.S. 519 (1972). Petitioner brings this above styled motion based on an "extraordinary and compelling" reason under § 3582(c).

1.

Petitioner prays that this Court adopts the facts stated forthwith and vacate Petiioner's sentence and/or resentence Petitioner to time served.

## PROCEDURAL HISTORY

Petitioner was sentenced on September 17, 2010 for possession of a firearm by a convicted felon, § 922(g)* and the ACCA** (The ACCA was applied at sentencing). Petitioner received a 15-year sentence after a second plea. Petitioner appealed the sentence that was denied, see United States v. Welch 683 F.3d 1311 (2012). Petitioner then filed a writ of certiorari which was denied on January 7, 2013. See Welch v. United States --U.S.--(2013). Petitioner then filed a pro-se 28 U.S.C. § 2255 motion challenging the plea agreement and the ACCA enhancement. The § 2255 was denied. See D.E. -- (2014). Petitioner then filed for a certificate of

---

*Petitioner's indictment does not list the ACCA enhancement or the penalty set out based on § 924(a)(2), Rehaif v. United States --U.S.--(2019) clarifies the standards of what constitutes a valid conviction based on the Supreme Court's interpretation.

**Petitioner's priors have now been invalidated under the § 924(a) provision of the "First Step Act" because they happened more than 15 years. In fact, it was 23 years ago therefore Petitioner prays the Court takes that into consideration

appealibility that was denied. Petitioner then filed to supplement the appeal and hold his Petition in abeyance pending the Supreme Court decision in Johnson v. United States 135 S.Ct. 2251 (2015). The Court did not respond. Two weeks before the Supreme Court issued the opinion in Johnson v. United States on June 9, 2015, Petitioner's 28 U.S.C. § 2255 was denied without an opinion. The courts issued its opinion in Johnson v. United States on June 25, 2015. Stating among other things that the residual clause of the ACCA is unconstitutionally vague. In July, Petitioner filed a motion for reconsideration in light of the Supreme Court decision.

In Johnson v. United States, the Court of Appeals sent the handwritten motion back as unfiled. Petitoiner then filed a pro-se writ of certiorari to the Supreme Court of the United States in which was granted on January 8, 2016. Petitioner secured a 7-1 majority victory in the Supreme Court. See Welch v. United States 136 S.Ct. 1257 (2016) that ruled that Johnson was retroactive. Petitioner's case helped more than 1,500 inmates who became eligible sentencing reductions and/or immediate release. It expanded to more than 20,000 federal and state inmates, and it clarified the standards on the writ of habeas corpus and retroactivity. Petitioner was remanded back to the Court of Appeals where he awaits a decision from the Court of Appeals.

DISCUSSION

The First Step Act was signed into law on December 21, 2018.
Petitioner before the enactment of the First Step Act did not have
remedy to address the courts only through a Rule 35. Whereas, the
extraordinary and compelling reasons rest slowly on the B.O.P  and
the director of the B.O.P. On September 24, 2018 Petitioner was
on duty as a suicide companion (suicide companions work to prevent
suicide amongst inmates who are suicidal, suffer from depression
or numerous mental illnesses and or under the influence of
psycotropic drugs). While on duty  Petitioner observed a medical
officer being subded by an inmate. Petitioner called Control and
helped secure the officer's safety. Staff commended Petitioner with
notes and statements on Petitioner's character. (Petitioner is not
authorized to view the nature of statements due to the sensitive
nature, i.e. full names, rank of those involved). Petitioner,
through due diligence waited on the institution to forward the
request for immediate release to the U.S. Attorney handling
Petitioner's case. Petitioner's supervisor sought a reduction in
sentence in which was turned down. Then Petitioner was instructed
to file an administrative remedy through Unit Team i.e. request
to case manager, then BP-8, BP-9 to Warden, then BP-10 to Region,
then BP-11 to Washington D.C. These steps were in place prior to
the enactment of the "First Step Act" However, it is an

4.

insurmountable hurdle for an inmate to go over. Petitioner is in an awkwrd situation because he saved an officer's life in an institution where there have been assaults on staff. Although Petitioner has been a mentor, has taken classes on cognitive behavioral thinking, and works as a suicide companion, Petitioner is in an extraordinary situation in which Petitioner prays that this court takes into consideration. Petitioner has never received any disciplinary sanctions. He has been programming extensively while incarcerated, has been a mentor. Petitioner has done everything possible to meet the requisite standards of rehabilitation. Petitioner files this motion due to the fact the time in which the B.O.P. was to respond, the B.O.P. had not responded, and the "First Step Act" in 18 U.S.C. § 3582(c)(1)(A) states that a defendant can petition the courts after exhausting <u>all</u> administrative remedies or can file a motion on his own 30 days after the initial filing. Whichever comes first. It has been more than 30 days, so Petitioner brings the instant petition before the courts. Petitioner prior to filing, asked the courts to appoint an attorney. The court instructed Petitioner that one of the standards of § 3582(c) must be met first and the courts could not do anything.

18 U.S.C. § 3582(c)

18 U.S.C. § 3582(c)(1) states:

> "The Court... May reduce the term of imprisonment (and
> may impose a term of probation or supervised release
> with or without conditions that does not exceed the

unserved potion of the original term of imprisonment,
after considering the factors set forth in § 3553(a)
to the extent that they are applicable, if it finds
that:

(i) extraordinary and compelling reasons warrant such
    a reduction is consistent with applicable policy
    statements issued by the sentencing commission.


Petitioner brings this motion based on the "extraordinary and
compelling standards".
Extraordinary and compelling standards:


Petitioner is in a unique situation, numerous factors alter
the range of conduct to be considered. See Welch v. United States
136 S.Ct. 1265 (2016). For instance, Petitioner saved an officer's
life, a situation which in itself is extraordinary based on the
circumstance and Petitioner's judgement, it was Petitioner's quick
thinking that turned a bad situation into a stable one, had
Petitioner not reacted effectively. That reaction caused Petitioner
to be in a life-altering experience. Petitioner since incarceration
has participated in numerous programs. Petitioner has received his
G.E.D., enrolled in college (currently still enrolled). Petitioner
has taken parenting classes, business management, legal research,
suicide prevention, numerous courses on correcting criminal
thinking errors, based on Pepper v. United States --U.S.-- (2011).
Petitioner's post-sentencing rehabilitation is evident. Petitioner

6.

brings this motion before the courts based on the fact the B.O.P has elapsed in the time in which they are to respond. Petitioner continously keeps filing requests until he finally received a response, a response which came too late. Petitioner most respectfully brings this motion based on the fact 18 U.S.C. § 3582(c)(1)(A) authorizes district courts the ability to modify a term of imprisonment. See <u>United States v. Kevich</u> 8:03CR-37 (2019). See <u>United States v. Beck</u>, No. 1:13-CR-186-6 (2019) WL 2716505 at at *5 (MDNC) June 28, 2019; <u>U.S. v. Canty</u>, No. 1:05-CR-458-1 (2019) U.S. Dist. LEXIS 100923 (2019) WL 2498923 at *5 (S.D. Tex June 17, 2019); <u>United States v. Fox</u> No. 2:14-CR-03-DBH (2019) U.S. Dist. LEXIS 115388, 2019 WL 3046086 at *3 (D.Me. July 11, 2019) collecting cases.


CONCLUSION

Petitioner prays that this court takes the factors set out in the above styled motion, vacate the judgment and/or resentence Petitioner to time served based on his act of heroism.

7.

## CERTIFICATE OF SERVICE

I, Gregory Welch, CERTIFY that a true and correct copy has been sent to the A.U.S.A. office on this day of ___29___ January 2020.

U.S. Attorney
Wilfredo A. "Willy" Ferrer
99 N.E Fourth Street, Suite 800
Miami Fl. 33132

Respectfully Submitted,

Gregory Welch #73675-004
B-1, Federal Correctional
Complex-Medium
P.O. BOX 1032
Coleman, FL 33521

8.

# Exhibit: A

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Case Manager Hicks / Unt Mgr Floyd | DATE: 12/3/19 |
|---|---|
| FROM: Gregory WElcH | REGISTER NO.: 73675-004 |
| WORK ASSIGNMENT: Ed-Worker | UNIT: B-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Due to the Implementation of the "First Step Act" to obtain Relief based on Extra ordinary and Compelling Reasons 18 U.S.C 3582(C) I have to Exhaust my Administrative Remedies, I filed to get my Sentence reduced based on an act of "heroism" the district Court Judge Said I must meet at least one of the Requirements under 18 U.s.c 3582(C) and One of the Requirement is that I Exhaust all administrative remedies I Need this form to be docketed as filed

(Do not write below this line)

DISPOSITION:

Recv'd 12/3/19 RHicks

---

Signature Staff Member                          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                               and BP-S148.070 APR 94

Printed on Recycled Paper

# Response to Inmate Request to Staff

Inmate: WELCH, Gregory
Register Number: 73675-004
Institution / Housing Unit: COM / B Unit (B02-052U)

This is in response to your Inmate Request to Warden, wherein you request consideration for relief based on the Extra Ordinary and Compelling Reasons listed in 18 U.S.C. §§ 3582(c). You request consideration based on an incident dated September 24, 2018, when you were assigned as an inmate companion. You observed staff being assaulted by an inmate on suicide watch. You notified the control center via the suicide watch phone; initiating staff response, which ultimately resulted in the officer and inmate being secured and preventing further harm. You are requesting relief for "Extraordinary and Compelling Reason" based on the "First Step Act" due to your response to this situation.

A thorough review of your request was completed. Utilizing Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582 (c)(1)(A) and 4205(g), dated January 17, 2019, you do not meet the criteria to be considered for Extraordinary or Compelling Circumstances. Section 7 of the policy statement explains that in all RIS cases, consideration should be given to factors such as the nature and circumstances of the inmate's offense; the inmate's criminal history; the inmate's institutional adjustment; whether release would minimize the severity of the offense; and whether release would pose a danger to the safety of any other person in the community.

Documentation reflects you are 40 years old and you have served 9 years of your 15 year sentence. A review of your current offense reveals you were convicted of Possession of a Firearm by a Convicted Felon. Due to the fact you received sentencing enhancements because you are considered an armed career criminal, your release would minimize the severity of your offense and pose a risk to the community.

After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prisons' Program Statement 5050.50, titled Compassionate Release/Reduction in Sentence, you may appeal this denial through the Administrative Remedy Program if you are unsatisfied with this response.

E. K. Carlton, Warden

Date 1/9/20

Copy given to I'm on I'll/2020 Rticks

# Bureau of Prisons
# Psychology Services
## Inmate Companion Program - Administrative Note

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WELCH, GREGORY | | | Reg #: | 73675-004 |
| Date of Birth: | 01/09/1979 | Sex: | M    Facility: COM | Unit Team: | A 1 SKILLS |
| Date: | 01/23/2019 11:02 | Provider: | Benitez, P. PhD | | |

## Comments

Inmate is currently a Mental Health Companion in the Skills program. He has been in the Skills Program since 9-28-2015. He is a good role model to other inmates and implements the philosophy and methodology of the program on a daily basis. Additionally he is a Suicide Companion for Psychology Services.

PROGRAM OVERVIEW
The Skills Program is a unit-based residential treatment program designed to improve the institutional adjustment of inmates who have intellectual and social deficiencies. Past trends have demonstrated that inmates with lower IQs, neurological deficits from acquired brain injuries, fetal alcohol syndrome, and/or remarkable social skill deficits have often become victimized and manipulated by more sophisticated inmates in the general population. As a result, they may be placed in the Special Housing Unit (SHU) for their protection or may have frequent misconduct reports because of their limited decision making skills.

The Skills Program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills over a 16 month period. The goal of the program is to increase the academic achievement and adaptive behaviors of this special needs population, thereby improving their institutional adjustment and the likelihood for successful community reentry.

The SKILLS PROGRAM Mental Health Companions are responsible for:
- Knowing the Group Rules and Unit Rules
-Knowing their assigned Participant's Treatment Schedule
- Helping and encouraging the Skills Program Participant's to attend all assigned groups and classes
- Assisting and encouraging the Skills Program Participant's to complete all assignments, to include reading, group workbook, and GED homework assignments
- Actively participating in the Community Morning Meeting, especially when assigned to facilitate the meeting
- Employing common courtesy and respect to both staff and inmates
- Maintaining treatment confidentiality
- Maintaining a "willingness" to participate in the Skills Program Community Activities, Special Functions, and in the offering of Service and Topic Groups
- Demonstrating the desire to make positive changes not only within themselves, but to help facilitate positive growth within ALL members of the Skills Program Community
- Being a positive role model within the Skills Program

Inmate Welch has participated twice in role plays for staff training. C3 Core Correctional Communication Program is a program creating a collaborative approach for maximizing safety and personal growth. The scenarios centered on common issues that typically arise within a correctional environment.

Furthermore, on 9-24-2018 while Inmate Welch was acting in the capacity of Suicide Companion in Health Services he observed the inmate on suicide watch assaulting a staff member. Inmate Welch promptly called control for help and secured staff safety. Due to this he was issued a certificate of heroism.

Completed by Benitez, P. PhD on 01/23/2019 11:16

# Exhibit: B



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WELCH, GREGORY  73675-004

SEQUENCE: 01625800
Team Date: 08-05-2019

| | | | | |
|---|---|---|---|---|
| Facility: | COM  COLEMAN MED FCI | | Proj. Rel. Date: | 03-16-2023 |
| Name: | WELCH, GREGORY | | Proj. Rel. Mth: | GCT REL |
| Register No.: | 73675-004 | | DNA Status: | MIM04137 / 09-29-2010 |
| Age: | 40 | | | |
| Date of Birth: | 01-09-1979 | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COM | ED WORKER | EDUC WORK DETAIL | 06-07-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| COM | ESL HAS | ENGLISH PROFICIENT | 07-10-2010 |
| COM | GED EARNED | GED EARNED IN BOP | 07-22-2011 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COM | C | SPANISH THRESHOLD PARTICIPANT | 05-28-2019 | 05-29-2019 |
| COM | C | CULINARY ARTS CLASS AM | 07-22-2018 | 02-28-2019 |
| COM | C | COLLEGE SEMINAR | 01-15-2019 | 02-08-2019 |
| COM | C | ADVANCED JUMP ROPE | 03-30-2018 | 06-24-2018 |
| COM | C | INTERMEDIATE JUMP ROPE | 01-19-2018 | 03-30-2018 |
| COM | C | GODLY LEAD CHAPEL PROGRAM | 12-04-2017 | 01-12-2018 |
| COM | C | RESUME WRITING PROGRAM--EDUC | 10-10-2017 | 12-22-2017 |
| COM | C | JOB FAIR INTERVIEW | 09-19-2017 | 11-14-2017 |
| COM | C | VT/CUSTODIAL MAINTENANCE PROG. | 07-03-2017 | 09-29-2017 |
| COM | C | FINANCIAL PEACE | 05-24-2017 | 08-30-2017 |
| COM | C | STEP FORWARD | 12-02-2016 | 12-02-2016 |
| COM | C | ADVANCED LEATHER CLASS | 11-27-2016 | 01-12-2017 |
| COM | C | STEP FORWARD | 12-02-2016 | 12-02-2016 |
| COM | C | RE-ENTRY SEMINAR | 11-30-2016 | 11-30-2016 |
| COM | C | INTERMEDIATE LEATHER CLASS | 10-22-2016 | 11-27-2016 |
| COM | C | BEGINNING LEATHER CLASS | 08-07-2016 | 10-07-2016 |
| COM | C | EDU-ACE CRIMINON CLASS | 05-04-2016 | 08-04-2016 |
| COM | C | PHOTO CLASS | 05-02-2016 | 07-03-2016 |
| COM | C | MED EDUCATION PARENTING PROG | 03-23-2016 | 06-29-2016 |
| COM | C | DISTRIBUTION OF RIF BOOKS | 06-15-2016 | 06-22-2016 |
| COM | C | PERSONAL MASTERY | 02-11-2016 | 05-24-2016 |
| COM | C | PARENTING SOCIAL SVC | 04-06-2016 | 04-06-2016 |
| COM | W | TYPING VT PM CLASS | 12-18-2015 | 01-19-2016 |
| COM | C | ADVANCED AEROBICS | 11-18-2015 | 01-20-2016 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 10-02-2015 | 12-31-2015 |
| COM | C | RE-ENTRY SEMINAR | 10-26-2015 | 12-14-2015 |
| COM | C | REENTRY INFORMATION | 07-13-2015 | 09-21-2015 |
| COM | C | FAMILY STRUCTURES (ACE) | 07-01-2015 | 10-02-2015 |
| COM | C | 4 HEALTHY LIVING | 04-20-2015 | 10-01-2015 |
| COM | C | METRO-HEALTH AND AIDS AWARE | 06-24-2014 | 06-24-2014 |
| COM | C | RELAPSE PREVENTION #1 | 06-17-2014 | 09-09-2014 |
| COM | C | PERSONAL FINANCE | 07-14-2014 | 07-14-2014 |
| COM | C | ACE FORWARD THINKING | 04-01-2014 | 06-23-2014 |
| COM | C | DIGITAL VIDEO MAKING ACE | 12-28-2013 | 04-01-2014 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 12-28-2013 | 04-01-2014 |
| COM | C | HISTORY OF AFRICA ACE/EDUC | 12-28-2013 | 04-01-2014 |
| COM | C | RPP PERSONAL GROWTH #6 | 03-19-2014 | 03-20-2014 |



## Individualized Reentry Plan - Program Review  (Inmate Copy)

SEQUENCE: 01625800

Dept. of Justice / Federal Bureau of Prisons

Team Date: 08-05-2019

Plan is for inmate: WELCH, GREGORY  73675-004

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| COM | C | JOB FAIR INFORMATION | 01-23-2014 | 01-23-2014 |
| COM | C | DRIVERS LICENSE COURSE | 01-23-2014 | 01-23-2014 |
| COM | C | VT ELECTRICAL PM | 09-16-2013 | 02-06-2014 |
| COM | C | ACE BEG SPANISH | 10-01-2013 | 12-28-2013 |
| COM | C | EDUC DEPT LEGAL RESEARCH ACE | 10-01-2013 | 12-28-2013 |
| COM | C | #6 SELF ESTEEM GROUP | 10-22-2013 | 10-22-2013 |
| COM | C | RESPONSIBLE THINKING #6 | 09-18-2013 | 10-16-2013 |
| COM | C | HVAC VT PROGRAM-1200-1500 M-F | 06-28-2013 | 09-13-2013 |
| COM | C | MONEY SMART PROGRAM (ACE) | 07-09-2013 | 07-30-2013 |
| COM | C | RPP HEALTH/NUTRITION #1 | 06-26-2013 | 06-26-2013 |
| CLP | C | BEGINNING SPINNING | 03-20-2013 | 06-12-2013 |
| CLP | C | MAVIS BEACON TYPING | 08-12-2012 | 10-27-2012 |
| CLP | C | FDIC MONEY SMART PROGRAM | 09-22-2011 | 03-08-2012 |
| CLP | C | FDIC MONEY SMART PROGRAM | 12-01-2011 | 06-04-2012 |
| CLP | W | ACE FINANCIAL WEALTH | 03-28-2011 | 11-14-2011 |
| CLP | C | RPP HEALTH/NUTRITION #1 | 06-26-2011 | 06-26-2011 |
| CLP | C | GED SCORES PENDING | 05-09-2011 | 07-29-2011 |
| CLP | W | GED 0730-1030 R4 MON/WED/FRI | 11-29-2010 | 05-09-2011 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 10-01-2010 |
| CARE2 | STABLE, CHRONIC CARE | 11-16-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| NO PAPER | NO PAPER MEDICAL RECORD | 07-15-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-19-2010 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-19-2010 |

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| ED COMP | DRUG EDUCATION COMPLETE | 02-22-2011 |

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | | Start: 07-25-2012 |
|-----------------|--------|-----------------------|--|-------------------|

Inmate Decision:  **AGREED**  **$25.00**    Frequency:  **QUARTERLY**

Payments past 6 months:  **$0.00**    Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

### Payment Details

Trust Fund Deposits - Past 6 months:  $ N/A        Payments commensurate ?   N/A

New Payment Plan:    ** No data **

### Progress since last review

Welch completed the above classes.

### Next Program Review Goals

Inmate is to submit a cop-out to the V.T. Coordinator for enrollment in the Microsoft Office course and the ACE typing course and complete either course by January 2020.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: WELCH, GREGORY  73675-004

SEQUENCE: 01625800

Team Date: 08-05-2019

**Long Term Goals**

Complete College Seminar by 1/2020. Complete Culinary Arts by 2/2020.

**RRC/HC Placement**

**Comments**

Maintains physical well-being through health promotion and disease prevention strategies such as a healthy lifestyle and habits, routine medical care, regular exercise, and appropriate diet.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: WELCH, GREGORY  73675-004

SEQUENCE: 01625800

Team Date: 08-05-2019

Name:  WELCH, GREGORY

Register No.:  73675-004

Age:  40

Date of Birth:  01-09-1979

DNA Status:   MIM04137 / 09-29-2010

Inmate    (WELCH, GREGORY. Register No.: 73675-004)

Date

Unit Manager / Chairperson

Case Manager

Date

Date



Tampa/St Pete FL 336-
THU 30 JAN 2020 PM

Gregory Welch #73675-004
B-1, Federal Correctional Complex Coleman Medium
P.O. BOX 1032
Coleman, FL 33521

LEGAL MAIL

Paul G. Rogers Federal Building
and United States Courthouse
701 Clematis Street, Room 316
West Palm Beach, FL 33401



