United States District Court For The Southern District Of Florida

(Palm Beach Division)

Case No.09-cr-60212-KAM

United States Of America

Vs.



Gregory Welch

Motion To Terminate Probation

Pursuant to Federal Rule of Criminal Procedure 32

STATEMENT

Judge Marra I would Like to <u>THANK YOU</u> For giving me opportunity to grant my motion for relief I greatly appreciate it I am Thankful in every way possible since my Freedom I have obtained Employment with a Non Profit organization that brings awareness to various Social Justice Issues in America my

goals for the Future as you may have already know is for me to be an Attorney and to one day be sworn in by you because I understand the significance of Rehabilitation and the importance of Integrity.Since my release I have struggled with depression anxiety and the ability to adjust I am enrolled in school I have a stable home but I am offered other opportunities for speaking and I also have the ability to travel but being under house arrest is hindering me from being able to travel I am terrified of Leaving my house not only Because of Covid-19 but the fact that I do not want to violate the terms of my house arrest..Being under supervision is difficult..My probation officer is Not a difficult person he have been a tremendous blessing with helping me while on House arrest I feel that I have completed more than enough time that is necessary to complete my house and the time that I am doing is not fair I had meetings with the public defenders in Orlando I had to do it via a Zoom Meeting now I have more meetings available however I can not travel there I would like to either have the House arrest Modified and or terminated,The ankle monitor is uncomfortable sometimes I awaken with my ankle swollen from the monitor on my ankle I had gotten the monitor adjusted with my Probation however it can not be adjusted any more..I am bringing this motion before the court in Good Faith.

## Procedural History

Petitioner was convicted on a 1 count indictment in the Southern District of Florida for Felon in Possession of Firearm 922g Petitioner was sentenced as an ACCA on Sept 17 2010 Petitioner appealed his sentence see United States v Welch 683 F.3d 1301 (2012) Petitioner Appeal was Denied then Petition Filed a

Writ Of Certiorari To the Supreme Court That was Denied on January 7 2013.Petitioner then Filed a 28 *USC 2255* In 2013 that was Denied In 2014 petitioner then Filed an Appeal and writ of Certiorari to the Supreme Court That was Granted based on the Fact Petitioner Challenged the Retroactivity Of Johnson v United States 135 S.ct 2254 (2015) Petitioner won Certiorari and was granted a Remand to the District court However Petitioner Did Not receive any relief from the Judgement Until Petitioner Filed for Relief Based on an act of Heroism under *18 USC 3582(c) (1) (a) (i) during the time that petitioner filed his motion COVID 19 became a global pandemic that affected the prisons and subsequently Petitioners Health Petitioner was granted Relief by this Court IN WHICH PETITIONER IS THANKFUL.*Petitioner was released on May 21 2020.

Discussion

Since being released from Custody Petitioner Have maintained stable employment in which he works part time doing voter engagement for a non profit company called Chainless Change,Petitioner have also been doing speaking engagements with the Federal Public Defender's office have since then become an advocate to help individuals who were and are still in the legal system obtain relief and Petitioner have also continued to assist the Public defenders in notifying them of notable cases and issues with defendants who are in need of assistance and who qualify for help.Petitioner have been offered speaking engagements in different parts of the country once COVID is under control however Petitioner is not able to travel and it is a hindrance being on house arrest due to the fact that if petitioner was to even be outside of his home it registers as being out of the area petitioner is in NO way trying to violate or go back to

incarceration due to the fact of why petitioner was released..this court have jurisdiction to Modify or Revoke House arrest based on Federal rule of criminal Procedure 32.2. Petitioner prays that this court Vacate and or Modify the house arrest due to the fact Petitioner Have served more time that is allowed for the statue that he was convicted for...

## Conclusion

Petitioner Prays that this court takes into consideration the above Facts Grant the request and or Modify petitioners Home confinement to homeconfinment without monitoring or simply just regular Supervised release..

## Certificate of Service

I Gregory Welch Certify that a true and correct copy have been sent to AUSA On this 18 Day Of August 2020.

United States Department Of Justice

United States Attorney Office

Southern District Of Florida

500 Australian Avenue.,Suite 400

West Palm Beach Fl 33401

Respectfully submitted

/S/Gregory Welch

GregoryWelch pro se

1007 South 21 avenue

Hollywood Florida 33020

