United States District Court For The Southern District Of Florida

(Palm Beach Division)

Case No.09-cr-60212-KAM

FILED BY___*PCS*___ D.C.

OCT 29 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

United States Of America

Vs.

Gregory Welch

Motion To Terminate Probation

Pursuant to Federal Rule of Criminal Procedure 32

Comes now Petitioner Gregory Welch "Mr. Welch" who files this motion pro se prays that this court construes this motion Liberally see Haines v Kerner 404 U.S 519 (1972) Mr. Welch files this instant petition to be relieved of house arrest and or supervised release in its **"ENTIRETY"** Mr. Welch has since from the last filing of

his prior motion for modification of his Supervised release.life have changed for the better since Mr. Welch he is a student at The University of Miami Paralegal Program in which he has a 91%. Welch has attended Law&Macronomics Conferences at YALE School of law. Movie directors have started putting together a treatment for a movie about Mr. Welch Life and how he has come to understand learn and know the law from a unique perspective. Being on Probation is difficult because it haunts Mr. Welch with the stigma of constantly being left with an Idea that Prison looms over his head since attending the University Of Miami Mr. Welch have since acquired employment with the Supervisor of elections in which he is counting ballots as a Bi-Partisan pole worker his Job is not based on political affiliations but doing what is right in a time when it is much needed. Mr. Welch brings this matter before the courts to have the probation and or supervised release *Terminated* because Mr. Welch will be filming as with Filming there is a possibility that he will be traveling and that there will be not allotted time in which he will return being on supervised release even if he was given time to travel it will not suffice the time it would take to be home. Mr. Welch does not wish to go back to Prison in any Fashion since his release the timeline of Welch accomplishments speaks for itself

1. On June 25 2020 Mr. Welch did an interview with the public defender's office about the significance of learning the law and helping others while still going through his own personal hardship

2. On July 31 Mr. Welch then did another Interview with the Federal Public defenders this time as a CLE Training to help Attorneys understand the significance of helping clients who do not know how to talk to attorneys and

how attorneys can relate to them during times of difficulty the attendees were more than 65  different areas of law and legal Professionals

3. Mr. Welch has a book that is In a publication that will be out in February

4. Mr. Welch still works with individuals who are in need of aid or assistance that reach out through zoom meetings or through connecting on the internet due to social distancing and the fact that Mr. Welch is a person who have underlying conditions which he is to be infected he will more than likely face death Mr. Welch

5. Mr. Welch has signed up for Grand Canyon University and is  attending currently

6. Mr. Welch has signed up for spring classes at Broward college to speed up the process of obtaining his bachelor's degree

7.  Mr. Welch has been invited to attend the University of Miami School of Law upon completion of his Bachelor's Degree Mr. Welch was also encouraged to give up his previous invites to **"Any"** other law school in which he applied and/or offered Mr. Welch to attend upon completion of his scholarship application( that is a question that Mr. Welch is still focusing On Attending YALE FULL TIME in the near future

8. Mr. Welch has attended a conference at YALE University In which he was Invited it was not because Mr. Welch was not a person of Integrity it is because he IS an individual that has changed his life and he is being awarded accordingly.

Mr. Welch brings this Motion before the courts because of the fact that anything can happen as what has happened before in which Mr. Welch was granted To be taken off an ankle monitoring

Procedural History

Petitioner was convicted on a 1 count indictment in the Southern District of Florida for Felon in Possession of Firearm 922g Petitioner was sentenced as an ACCA on Sept 17, 2010, Petitioner appealed his sentence see United States v Welch 683 F.3d 1301 (2012) Petitioner Appeal was Denied then Petition Filed a Writ Of Certiorari To the Supreme Court That was Denied on January 7, 2013. Petitioner then Filed a 28 *USC 2255* In 2013 that was Denied In 2014 petitioner then Filed an Appeal and writ of Certiorari to the Supreme Court That was Granted based on the Fact Petitioner Challenged the Retroactivity Of Johnson v United States 135 S.ct 2254 (2015) Petitioner won Certiorari and was granted a Remand to the District court However Petitioner Did Not receive any relief from the Judgement Until Petitioner Filed for Relief Based on an act of Heroism under *18 USC 3582(c)  (1) (a) (i) during the time that petitioner filed his motion COVID 19 became a global pandemic that affected the prisons and subsequently Petitioners Health Petitioner was granted Relief by this Court IN WHICH PETITIONER IS THANKFUL.* The petitioner was released on May 21, 2020.

Discussion

Since being released from Custody Petitioner Have maintained stable employment in which he works full time doing voter engagement for the Supervisor of Elections

, Petitioner has also been doing speaking engagements with the Federal Public Defender's office has since then become an advocate to help individuals who were

and are still in the legal system obtain relief and Petitioner have also continued to assist the Public defenders in notifying them of notable cases and issues with defendants who are in need of assistance and who qualify for help. The petitioner has been offered speaking engagements in different parts of the country once COVID is under control however Petitioner is in NO way trying to violate or go back to incarceration due to the fact of why petitioner was released..this court has jurisdiction to Modify or Revoke House arrest based on Federal rule of criminal Procedure  32.2. Petitioner prays that this court Vacate and or Modify the house arrest due to the fact Petitioner Have served more time that is allowed for the statue that he was convicted for The time that Mr. Welch has served Mr. Welch is Eligible for Early termination pursuant to the Fact that Mr. Welch has done ...

## Conclusion

Petitioner prays that this court takes into consideration the above Facts Grant the request and or Terminate petitioners Home confinement or simply Terminate Supervised Release in its Entirety based on the Fact within less then 6 months Mr. Welch Have not only shown that he is willing to comply to the Rules and laws of society Mr. Welch is doing what it takes to reconnect and to get his life back on track based on 18 USC 3564 it affords the Court the ability to Terminate Mr. Welch Probation.Mr. Welch has not only shown that he has what it takes to become a better citizen working going to school having numerous offers of success and it is only going to get better This circuit precedent authorizes courts to terminate probation see the United States v Hanoch case no .:8:17-cr-206-T-33crt .Mr Welch 18 USC 3553 a Factors Warrant a reduction of sentence pursuant to United States v Pepper 562 U.S. 476 (20011) in Pepper it talks specifically about defendants that

have completed post-sentencing rehabilitation here Mr. Welch have gone to Prison with ignorance of the law then acquire the skills necessary to not only fight for his freedom but the skills needed to better himself and to help others skills that he has and is applying right now and being on Supervised release and or Home confinement is a hindrance. Since studying Law Mr. Welch have learned that your word is everything and if Mr. Welch has not kept his word or shown that he is worthy of Early termination it is a total Mistake for him to not be able to Terminate this Grave injustice which continues to plague Mr. Welch

Certificate of Service

I Gregory Welch Certify that a true and correct copy has been sent to AUSA On this 28 Day Of October  2020.

United States Department Of Justice

United States Attorney Office

Southern District Of Florida

500 Australian Avenue.,Suite 400

West Palm Beach Fl 33401

Respectfully submitted

/S/Gregory Welch

GregoryWelch pro se

1007 South 21 avenue

Hollywood Florida 33020

Hi – Oscar. Greg will be here in the office for the interview.

Can you send me the Zoom info to send out? Thanks.

---

**From:** FPDTECH ████████████████
**Date:** Monday, June 15, 2020 at 11:38 AM
**To:** zzFLSml_All Attorneys <zzFLSml_All_Attorneys@fd.org>
**Cc:** Oscar Parrales ████████████████
**Subject:** Save the Date!

On June 25th at 3pm we're going to have a video CLE. The guest star of the CLE is Gregory Welch. As you know, Greg was the Petitioner in the S.Ct. cases that made Johnson retroactive and was recently released on a CR motion. Greg is going to talk to us abut his life, his case, and what he's doing now. Should be good!

10/28/2020                               Gmail - FW: Gregory Welch interview - June 25th at 3 pm

 Gmail                                    **Gregory Welch <gregorywelch28@gmail.com>**

---

## FW: Gregory Welch interview - June 25th at 3 pm

---

**Gregory Welch <gregorywelch28@gmail.com>**                     Mon, Jun 22, 2020 at 12:03 PM
████████████████████████

Sent from my iPhone

Begin forwarded message:

> ████████████████████
> **Date:** June 22, 2020 at 11:56:29 AM EDT
> **To:** Gregory Welch <gregorywelch28@gmail.com>
> **Subject: RE:  Gregory Welch interview - June 25th at 3 pm**
>
>
> I will attend (until 4). I will ask if anyone from Roc Nation wants to join and let you know if there will be any other attendees
>
>
> **From:** Gregory Welch <gregorywelch28@gmail.com>
> **Sent:** Monday, June 22, 2020 11:51 AM ████████████████████
> **Subject:** Fwd: Gregory Welch interview - June 25th at 3 pm
>
>
> External Email – Exercise Caution
>
>
> Sent from my iPhone
>
>
> ─────────────────────────────
> ████████████████
> **Jenner & Block LLP**
> 919 Third Avenue, New York, NY 10022-3902  |  jenner.com
> +1 212 891 1645 | TEL
> +1 646 983 5211 | MOBILE
> +1 212 909 0805 | FAX
> ██████████████
> Download V-Card  |  View Biography
>
> CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.
>
> Begin forwarded message:
>
> > **From:** Michael Caruso <Michael Caruso@fd.org>

10/27/2020          Gmail - RE: SAVE THE DATE -- "RACE IN THE CRIMINAL JUSTICE SYSTEM SPEAKERS" -- GREG WELCH, 7/31/20 @ 1:30 PM AN...

 Gmail                                    **Gregory Welch <gregorywelch28@gmail.com>**

## RE: SAVE THE DATE -- "RACE IN THE CRIMINAL JUSTICE SYSTEM SPEAKERS" -- GREG WELCH, 7/31/20 @ 1:30 PM AND PROFESSOR STEPHEN BRIGHT, 8/13/20 @ 1:30 PM



Wed, Jul 29, 2020 at 12:31 AM

To: Gregory Welch <gregorywelch28@gmail.com>

This is so fantastic!

**From:** Gregory Welch <gregorywelch28@gmail.com>
**Sent:** Tuesday, July 28, 2020 10:04 PM
**To:** Michael Caruso <Michael_Caruso@fd.org>; Tracy Dreispul <Tracy_Dreispul@fd.org>; Robert P. Harris <rharris@robertharrislawfirm.com>; Harrison, Lindsay C. <LHarrison@jenner.com>; MarQ Mitchell <Marq@chainlesschange.org>; Mary Price <MPrice@famm.org>
**Subject:** Fwd: SAVE THE DATE -- "RACE IN THE CRIMINAL JUSTICE SYSTEM SPEAKERS" -- GREG WELCH, 7/31/20 @ 1:30 PM AND PROFESSOR STEPHEN BRIGHT, 8/13/20 @ 1:30 PM

External Email – Exercise Caution

Sent from my iPhone

**Jenner & Block LLP**
1099 New York Avenue, N.W.
Suite 900, Washington, DC 20001-4412  |  jenner.com
+1 202 639 6865 | TEL
Pronouns: She / Her

 Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

[Quoted text hidden]

 Gmail

**Gregory Welch <gregorywelch28@gmail.com>**

## Agenda - Third Conference on Law and Macro

**Lauro, Laura** <laura.lauro@yale.edu>                                    Fri, Oct 16, 2020 at 8:55 AM
To: Gregory Welch <gregorywelch28@gmail.com>

Hi Gregory,

Fantastic that you could join! Please keep in touch with the Law and Macro upcoming events through:

info@lawandmacro.org

Take good care,

Laura

*Conference and Events Specialist*

**YALE LAW SCHOOL**

Office 203 436-8408 |Mobile 203 376-9802

[Quoted text hidden]

10/28/2020                                        Grades for Gregory Welch: University of Miami Paralegal Certificate Program

# Grades for Gregory Welch

**Arrange By**

| Due Date | ▾ |
|---|---|

[ Apply ]

| NAME | DUE | STATUS | SCORE | OUT OF | |
|---|---|---|---|---|---|
| **Foundations Assignment 1: Preliminary Intake Client Interview** | Oct 7 by 11:59pm | | 38 | 40 | 🗨 |
| **Foundations Assignment 2: Demand Letter (Client Based)** | Oct 16 by 11:59pm | | 35 | 40 | 🗨 |
| **Foundations Assignment 3: Legal Analysis - IRAC** | Oct 21 by 11:59pm | | 📄 | 60 | 🗨 |
| **Foundations I Test** | Nov 4 by 10:30pm | | - | 150 | |
| **Foundations Assignment 5: Follow-Up Interview** | Nov 6 by 11:59pm | | - | 40 | |
| **Foundations Assignment 6: Complaint and Summons** | Nov 11 by 11:59pm | | - | 80 | |
| **Foundations Assignment 7: Drafting of Discovery (Party)** | Nov 18 by 11:59pm | | - | 60 | |
| **Foundations Assignment 4: Complete Proficiencies in Westlaw and Lexis Advance** | Nov 18 by 11:59pm | | - | 40 | |




CERTIFIED MAIL

7018 2290 0000 0201 2493

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 2290 0000 0201 2493

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1
FORT LAUDERDALE, FL
33019
AMOUNT

**$14.15**

R2305K137312-14

1021     33401



**UNITED STATES POSTAL SERVICE** ®   |   **PRIORITY MAIL**

FROM: Gregory Welch
1007 S. 21 Avenue Hollywood,
Fl 33020

...ected delivery date specified for domestic use.

...t domestic shipments include up to $50 of insurance (restrictions apply).

...PS Tracking® included for domestic and many international destinations.

...ited international insurance.**

...en used internationally, a customs declaration form is required.

...nce does not cover certain items. For details regarding claims exclusions see the
...ic Mail Manual at *http://pe.usps.com.*

...international Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.



TO: Kenneth A. Marra

701 Clematis street
Court room #4,
Chambers 316
West Palm Beach,
Florida 33401

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.