UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60212-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY WELCH,

        Defendant.
_____/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION**

THIS CAUSE is before the Court upon Defendant's pro se Motion for Early Termination of Probation **[DE 105].** This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that it would not be in the interests of justice to terminate Defendant's supervised release at this early stage. Defendant has been on supervision for less than one year of the three year period of supervision that was imposed. The Court has already modified Defendant's conditions of supervision at this request by removing the ankle monitor, and allowing him to be monitored by voice recognition. Any technical difficulties with the voice recognition system can be addressed if a dispute arises as to its accuracy. The Court has and will continue to encourage Defendant's educational pursuits and community outreach efforts, and it will grant Defendant all reasonable accommodations to allow him to continue

those pursuits. In view of the foregoing, the motion is DENIED.

DONE and ORDERED in West Palm Beach, Florida, this 2nd day of December, 2020.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel