In The United States District Court

Southern District of Florida

(West Palm Beach Division)

United States of America

Plaintiff,

v.                                                                                            Case No. 09:09-cr-60212

Gregory Welch

Defendant,



FILED BY ___ D.C.

OCT 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## Motion To Terminate Supervised Release.

Comes now, Defendant Gregory Welch "Mr. Welch" who files this motion *pro se' prays* that this court construe this motion liberally *see* Haines v. Kerner 404 U.S. 519 (1972). Mr. Welch files this motion to have his supervised released reduced to time served based on 18 USC 3564(c) and 3583 gives this court jurisdiction.

Mr. Welch have completed and have participated in the following programs and have complied with the requirements of probation[1]

1. Mr. Welch Graduated from the University of Miami Paralegal Studies program
2. Mr. Welch Attends meetings with the local State attorney's office to assist in cases in which defendants are "actually innocent" to receive relief.

The relief requested, set out in this motion. Since being released from incarceration it has not been easy nor have the above accomplishments been an easy task to accomplish. Mr. Welch Most Humbly request to have his probation terminated so that he can file for full rights restoration, apply for his bar License once he have graduated Law school. The stigma of being on probation.

---

[1] Mr. Welch Concedes that he has received a ticket driving, His mother's car her tints were dark and he have receive a ticket for not changing his address.

## Request To Transfer Probation.

Mr. Welch no longer lives in Hollywood Florida because the roof in his son's room have caved in. Mr. Welch have moved to 4187 NW 114 St Coral Springs Florida 33065. In the event the Court decides not to grant termination Mr. Welch Prays that his address is changed.

## 18 U.S.C 3553(a)[2]

1. Since Mr. Welch Have been released from incarceration Mr. Welch have been constantly working and due what is necessary to turn his life around. Completing School during a pandemic is not only difficult but also strenuous, Mr. Welch have taken the necessary steps to meet the requirements for modification of probation. Termination of supervised release will give Mr. Welch the ability for file for full rights restoration all in which Mr. Welch will be able to apply for government contracts and to apply for the Florida bar. Mr. Welch is a Member of the Miami Dade Bar Association Registered paralegal program. (due to his affiliation with University of Miami Paralegal program). Mr. Welch have worked multiple Jobs since his release.
2. He has joined numerous advocacy organizations.
3. He is attending Broward college in which he has received a scholarship.
4. He Is A Member Of Florida Rights Restoration Coalition.
5. He is a member of Decarcerate Broward Coalition.
6. He is a member of Faith in Florida.
7. Mr. Welch Have Maintained Stable employment since his release from prison.
8. Mr. Welch Graduated from the University of Miami Paralegal Studies program

---

[2] a)FACTORS TO BE CONSIDERED IN IMPOSING A SENTENCE.—The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider—
(1)
the nature and circumstances of the offense and the history and characteristics of the defendant;
(2)the need for the sentence imposed—
(A)
to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B)
to afford adequate deterrence to criminal conduct;
(C)
to protect the public from further crimes of the defendant; and
(D)
to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
(3)
the kinds of sentences available;
(4)the kinds of sentence and the sentencing range established for—
(A)the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines—
(i)
issued by the Sentencing Commission pursuant to section 994(a)(1) of title 28, United States Code, subject to any amendments made to such guidelines by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28); and
(ii)
that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or
(B)
in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issued by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any amendments made to such guidelines or policy statements by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28);

9. Mr. Welch Attends meetings with the local State attorney's office to assist in cases in which defendants are "actually innocent" to receive relief.

10. Mr. Welch Currently works as a Contract Employee for the Federal Public defender's office.

11. He Have Written a book the book describes his short comings and how he managed to learn the law and what drove him to the Supreme court.

### 1. Miami Dade Federal Public Defender's Office[3]

2. Working (Pro Bono For The State Attorney's Office in Broward.)(TBA) Mr. Welch is pending the completion of the review process.

### The One Year Minimum Requirement Standard Have Been Met

18 U.S.C. §§ 3564(c) and 3583(e) (1), the court may terminate terms of probation in misdemeanor cases at any time and terms of supervised release or probation in *felony cases after the expiration of one year of supervision,* if satisfied that such action is warranted by the conduct of an offender and is in the *"interest of justice"*. As such, *early termination is a practice that holds promise as a positive incentive for persons under supervision and as a measure to contain costs in the judiciary without compromising the mission of public safety.*

3. Mr. Welch was released from incarceration on May 20, 2020, since Mr. Welch release from Prison he has complied with all the necessary requirements.

4. He continued to help individuals[4] gain their freedom after obtaining relief for himself.

---

[3] Mr. Welch is A Contract employee.
[4]

## Conclusion.

Mr. Welch Prays that this court **grant** this motion to terminate his supervised release.

## Certificate Of Service

I Gregory Welch Certify that a true and correct copy have been sent to the AUSA Office on this 8 day of October 7, 2021

Respectfully Submitted

/S/ Gregory Welch

4187 NW 114 ST

Coral Springs Florida 33065

Jennifer Andrene Keene
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301-3002



# University of Mia

awards this certificate to

# Gregory Welch

for the successful completion of the following program of study in

# Paralegal Studies

By witness thereof the undersigned have affixed their names and the seal of the University of Miami in Coral Gables, Florida this 19th day of February, 2021

Rebecca MacMillian Fox, Ph.D. Dean,
Division of Continuing and
International Education

Desiree Young, MPA
Executive Director
Office of Professional A

# EXPERT OR CONSULTATION SERVICES CONTRACT

Client Name: Latoya Stanley

Case No: 21-20067-CR-COOKE
FPD: FLS/MI/2020/00855

## Contract Number and Effective Date:

**Type of Contract** (*check one block and insert the applicable information*)

[✓] **Labor Hour Contract**    The rate for these services is $ __34__ per __hour__, (*rate per hour, per day, etc.*) with a **not to exceed** price of $ __1360__ for the period of performance.

NOTE: The Judiciary is not obligated to pay the contractor any amount in excess of the Not To Exceed ceiling amount stated above. The Contractor must notify the Contracting Officer whenever total billings will exceed 85% of the stated Not To Exceed price to facilitate timely obligation of additional funding or notification to the contractor that additional funding will not be forthcoming. **AS INTERPRETATION SERVICES ARE CONTRACTED BY BLOCKS OF TIME, FOR BILLING/PAYMENT PURPOSES, ALL CONSECUTIVE ASSIGNMENTS (REGARDLESS OF THE NUMBER OF CLIENTS AND/OR FPD'S INVOLVED) WILL BE BILLED AND PAID AS A SINGLE ASSIGNMENT ACCORDING TO THE AGREED UPON HOURLY OR FEDERAL RATE.**

[ ] **Firm Fixed Price Contract**    The rate for these services is $ N/A (for polygraph and int

Period of Performance: __2021-05-11__ through __2021-12-31__
                               (*Effective Date*)              (*Ending Date*)

Statement of Work (*fill in the appropriate service, i.e., examine case, prepare testimony; provide deposition; etc.*) The expert or consultant named as a party to this contract is required to (*attach additional pages, if necessary*):

Paralegal work; reviewing all the sentencings we've had in the last year, determine where downward variances were imposed, and determine whether COVID was a reason that the downward variance was given.

Time Breakdown (There are 40 total hours):
Total Service Costs: $1360.

    Overall Total Costs: $1360.

Signature of Requesting Attorney: ███ Sow███      Date: 5/11/2021

Signature of Approving Official: __Email approval attached__      Date: _____
Federal Defender or Designee

Accounting and Appropriation Data    20-092300-F11FLSF-F11FLSF

The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this contract, and (b) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein.

| Name and Title of Signer (contractor) (*Type or print*) | Name of Contracting Officer (*Type or print*) |
|---|---|
| Gregory Welch<br>Paralegal<br>Gregory_Welch@outlook.com | Debbie Tripodi<br><br>Office of the Federal Public Defender<br>150 West Flagler Street, Suite 1500<br>Miami, Florida 33130 |
| TIN/EIN: N/A | By: _____<br>(*Signature of Contracting Officer*) |
| Name of company if other than contractor | [ ] Expert Certification Memo on File |
| *[signature]*    5/11/21<br>Contractor Signature    Date | |

# JUDICIARY PROCUREMENT PROGRAM

## FPD CASE-RELATED EXPERT OR CONSULTING CONTRACT

| CONTRACT TERMS AND CONDITIONS | |
|---|---|
| **Guide to Judiciary Policy, Vol 14: Procurement Clauses Incorporated by Reference** | |
| Clause B-5, Clauses Incorporated by Reference (SEP 2010) This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the contracting officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: http://www.uscourts.gov/procurement.aspx | |

| A. The following Guide clauses are incorporated by reference in accordance with Clause B-5: | |
|---|---|
| 1-1 | Employment by the Government (JAN 2003) |
| 1-5 | Conflict of Interest (AUG 2004) |
| 1-10 | Gratuities or Gifts (JAN 2010) |
| 1-15 | Disclosure of Contractor Information to the Public (AUG 2004) |
| 2-60 | Stop-Work Order (JAN 2010) |
| 5-1 | Payments under Personal and Professional Services Contracts (APR 2013) |
| 5-5 | Non-disclosure (Professional Services) (JAN 2003) |
| 5-10 | Inspection of Professional Services (SEP 2010) |
| 5-20 | Records Ownership (JAN 2003) |
| 6-65 | Rights in Data – Special Works (JAN 2010) |
| 6-70 | Work for Hire (JAN 2003) |
| 7-1 | Contract Administration (JAN 2003) |
| 7-20 | Security Requirements (APR 2013) |
| 7-30 | Public Use of the Name of the Federal Judiciary (JUN 2014) |
| 7-35 | Disclosure or Use of Information (APR 2013) |
| 7-40 | Judiciary-Contractor Relationships (JAN 2003) |
| 7-45 | Travel (APR 20013) |
| 7-60 | Judiciary Furnished Property or Services (JAN 2003) |
| 7-85 | Examination of Records (JAN 2003) |
| 7-130 | Interest (Prompt Payment) (JAN 2003) |
| 7-145 | Government Purchase Card (JAN 2003) |
| 7-210 | Payment for Emergency Closures (APR 2013) |
| 7-223 | Termination for Convenience of the Judiciary (Short Form) (AUG 2004) |
| 7-235 | Disputes (JAN 2003) |

| Broward College | **Gregory Nicholas Welch** ID: G99003337 |
| --- | --- |
| 111 East Las Olas Boulevard | Email: welcg1@mail.broward.edu |
| Fort Lauderdale, Fl 33301 | Term: Fall Term 2021 |
| | Today's Date: Thu Oct 07 14:39:19 EDT 2021 |

| Total Schedule | $1,688.60 | Total Credit Hours | 14.0 |
| --- | --- | --- | --- |
| Schedule Paid by Financial Aid | $1,688.60 | Total NonCredit Hours | 0.0 |
| Schedule Amount Due | $0.00 | NonCredit Fees Owed | $0.00 |
| Obligation Due | $0.00 | NonCredit Payment Due Date | |
| Receivables Due | $0.00 | Credit Fees Owed | $0.00 |
| Previously Paid by Student | $0.00 | Credit Payment Due Date | |
| Student to Pay Amount | **$0.00** | | |

**Fee payment is required on or before the due date.**

**Please note that it is important that you attend the 1st day of class.**

| Ref Num | Course ID | Ses | Status | Hours | Start Date | End Date | Section | Campus | Bldg/Rm | Time | Day(s) | Instructor |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 684175 | CGS1060C | 1 | Enrolled | 3.0 | 08/19/21 | 12/09/21 | 001 | Downtown Center | 33 /309 | 9:30 AM - 10:45 AM | T R | Knese, Steven |

Special Designators: Evaluations

Deadline: Drop w/Refund: 08/25/21 W/Draw: 10/26/21

This is a FACE-TO-FACE class that will meet

ON CAMPUS at the days and times on the schedule.

| 682849 | MUL2010 | 1 | Enrolled | 3.0 | 08/24/21 | 12/07/21 | 002 | Central Campus | 4 /146 | 6:30 PM - 8:50 PM | T | Strattan, Kenneth |

Deadline: Drop w/Refund: 08/25/21 W/Draw: 10/26/21

| 682956 | PEM1131C | 1 | Enrolled | 2.0 | 08/19/21 | 12/09/21 | 001 | Central Campus | TBA /A | 3:30 PM - 4:45 PM | T R | Ratleff, Garrett |

Special Designators: RL-Blend Real-Time Video And Self-Directed Online Activities

Deadline: Drop w/Refund: 08/25/21 W/Draw: 10/26/21

This class will meet in a remote learning format

using D2L and Zoom at the designated time.

| 686106 | POS2041 | 4 | Enrolled | 3.0 | 10/19/21 | 12/09/21 | 010 | South Campus | 66 /240 | 5:00 PM - 6:20 PM | T R | Combest, Melissa |

You have selected this course for writing option

Special Designators: Flexible Learning Blended E-Learning Evaluations Writing Class

Deadline: Drop w/Refund: 10/25/21 W/Draw: 11/19/21

This is a blended class that requires on-campus

meetings with online learning activities. Students

are required to attend classes on-campus at the

scheduled time and place and required to

participate in an online-learning activities in

D2L.

| 685109 | PSY2012 | 3 | Enrolled | 3.0 | 09/13/21 | 12/06/21 | 023 | Central Campus | 5 /101 | 6:30 PM - 9:50 PM | M | Davies, Donna |

You have selected this course for writing option

Special Designators: Writing Class

**Deadline: Drop w/Refund: 09/15/21 W/Draw: 10/29/21**

**This class will meet on Central Campus in building 5, room 101. Students who register for this class will be expected to come to campus for all class meetings.**

Parking for the Downtown Center Students is on the roof (7th floor) of the City Parking garage. Please see the <u>Campus Map</u> for more information.

[ Print ]

**BROWARD COLLEGE** myBC

| myBC Home | Advising | Registration | My Financials | Financial Aid | Records | Information | Personal | Logoff |

## Financial Aid Awards Status

### 2022 : (Fall 2021 - Summer 2022)

## Welcome Gregory Nicholas Welch

*Your initial award is based on full time enrollment (12 or more credits). The credited amount is based on your current enrollment. If your enrollment changes to less than 12 credits, your financial aid amount that was awarded will be adjusted accordingly. Future sessions will be disbursed later in the term.*

*To Accept/Decline/Reduce your Direct Subsidized Loan you must visit the Financial Aid "Application Status" screen.*

| Awards by Term | Fall | | Winter | | Summer | |
|---|---|---|---|---|---|---|
| Financial Aid | Award | Credited | Award | Credited | Award | Credited |
| | | | | | | |
| DIRECT LOAN SUBSIDIZED | $1,750.00 | $1,732.00 | $1,750.00 | | | |
| Federal Pell Grant | $3,248.00 | $2,436.00 | $3,247.00 | | | |
| Federal Work Study Program | $3,500.00 | | $3,500.00 | | | |
| | | | | | | |
| Total all awards | $8,498.00 | $4,168.00 | $8,497.00 | | | |

| Award Totals by Year | Totals | |
|---|---|---|
| Financial Aid | Award | Credited |
| | | |
| DIRECT LOAN SUBSIDIZED | $3,500.00 | $1,732.00 |
| Federal Pell Grant | $6,495.00 | $2,436.00 |
| Federal Work Study Program | $7,000.00 | |
| | | |
| Total all awards | $16,995.00 | $4,168.00 |

Print

Legal | Privacy | Copyright | Contact Us | Strategic Plan | SACS COC Accreditation | 111 East Las Olas Boulevard, Fort Lauderdale, FL 33301 | Phone: 954.201.7350 | Copyright © 2017 Broward College does not discriminate against any person on the basis of race, color, ethnicity, genetic information, national origin, marital status, sex, disability, or age in its programs, and activities, and employment.
Equal Opportunity Policy
Sexual Misconduct/Title IX Information

 Gmail　　　　　　　　　　　　　　　　　　　Gregory Welch <gregorywelch1797@gmail.com>

## DeCARcerate Diversion Strategies Workgroup
1 message

**Marq Mitchell** <Marq@chainlesschange.org>　　　　　　　　　　　　　　Wed, Oct 6, 2021 at 3:47 AM
Bcc: gregorywelch1797@gmail.com

Hey, everyone:

Sharing this again so that we are prepared to keep moving forward in our upcoming workgroup meeting.

---

Sending you positive vibes as we move towards the end of the week!

Just a quick reminder that our workgroup decided that each individual would spend a bit of time focusing on a couple of things, so that we can finalize this initial phase of problem mapping. Please see below for the actions that we are requesting Diversion Workgroup members to take prior to our October 8th meeting.

1) Using the **problem mapping** tool, identify which 3 problems that were previously discussed feel ***most pressing*** to you. Please try to rank them between 1-3, with one being the most urgent problem.

2) Using the problem mapping tool, identify which 3 proposed solutions you would be ***most interested*** in working to implement. We can choose any of the proposed solutions that are listed throughout the document, as well as those related to diversion that were not discussed. Please try to rank them between 1-3, with one being the most desirable solution.

3) Using the problem mapping tool, identify which 3 proposed solutions feel ***most realistic*** to implement- even if we do not receive any support from local decision makers. Again, we can choose any of the proposed solutions that are listed throughout the document, as well as those related to diversion that were not discussed. Please try to rank them between 1-3, with one being the most realistic solution.

4) Please review the problem selection document prior to the next meeting. This is the next step of our process.

If you'd like- feel free to comment on the documents. You can also opt to record your thoughts outside of the documents. We will focus our next conversation on narrowing in on a problem, then move to identifying the root causes.

Can't wait to be in virtual-community with you next Friday!

**Marq Mitchell** | Chief Executive Officer | Cell (954) 338-0210
Office: (954) 395-2961 | Fax: (954) 360-8447 | www.chainlesschange.org

  is greater than our past.

**Follow us on social media!**
  

---

NOTICE: The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. It is the property of Chainless Change, Inc. (CCI). If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments. Electronic communication may be susceptible to data corruption, interception and unauthorized tampering and CCI disclaims all liability of any kind for such actions or any consequences that may arise directly or indirectly there from.

 **Gmail**  Gregory Welch <gregorywelch1797@gmail.com>

## Broward Hybrid Listening Session Thank you & Survey!
1 message

**Melba Pearson** <no-reply@zoom.us>  Fri, Aug 27, 2021 at 10:38 AM
Reply-To: Melba Pearson <mpearson@fiu.edu>
To: gregorywelch1797@gmail.com

# zoom

Hello Gregory Welch,

Thank you for registering for Broward Hybrid Listening Session . You can find information about this meeting below.

**Broward Hybrid Listening Session**

| | |
|---|---|
| Date & Time | Aug 26, 2021 06:00 PM Eastern Time (US and Canada) |
| Meeting ID | 995 4235 1742 |
| Passcode | 15BV65 |

We appreciate you attending the meeting last night! Please fill out the survey at https://forms.gle/8fGWQQ156LcaiWdv8. If you missed us last night, please feel free to share your feedback on any systemic issues in prosecution particular to Broward County.

Learn more about the PPI Project at https://prosecutorialperformanceindicators.org/.

Please submit any questions to: mpearson@fiu.edu.
You can cancel your registration at any time.

**WAYS TO JOIN ZOOM**

# 1. Join from PC, Mac, iPad, or Android

Join Meeting

If the button above does not work, paste this into your browser:

https://fiu.zoom.us/w/99542351742?tk=kVgcFkC_EB1FLLUrSn0oALTfi5JOwWWg4iqolx ChKXA.DQMAAAAXLS-_fhZwWWJVTjJMOFFkR2I5azY4TIpfeE 5nAAAAAAAAAAAAAAAAAAAAAAAAAAAAA&pwd= SG9SdHBLWE5YaEFtNzhoWFppSVhsdz09

**To keep this meeting secure, do not share this link publicly.**

Add to Calendar(.ics)   |   Add to Google Calendar   |   Add to Yahoo Calendar

## 2. Join via audio

| | |
|---|---|
| One tap mobile: | US: +13017158592,,99542351742# or +13126266799,,99542351742# |
| Or dial: | For higher quality, dial a number based on your current location. |
| | US: +1 301 715 8592 or +1 312 626 6799 or +1 646 876 9923 or +1 253 215 8782 or +1 346 248 7799 or +1 669 900 6833 |
| Meeting ID: | 995 4235 1742 |

International numbers

## 3. Join by H.323/SIP room system

| | |
|---|---|
| H.323: | 162.255.37.11 (US West) |
| | 162.255.36.11 (US East) |
| | 115.114.131.7 (India Mumbai) |
| | 115.114.115.7 (India Hyderabad) |
| | 213.19.144.110 (Amsterdam Netherlands) |
| | 213.244.140.110 (Germany) |
| | 103.122.166.55 (Australia Sydney) |
| | 103.122.167.55 (Australia Melbourne) |
| | 209.9.211.110 (Hong Kong SAR) |
| | 64.211.144.160 (Brazil) |
| | 69.174.57.160 (Canada Toronto) |
| | 65.39.152.160 (Canada Vancouver) |
| | 207.226.132.110 (Japan Tokyo) |
| | 149.137.24.110 (Japan Osaka) |
| Meeting ID: | 995 4235 1742 |
| Passcode: | 821840 |
| SIP: | 99542351742@zoomcrc.com |
| Passcode: | 821840 |

Thank you!



Copyright ©2021 Zoom Video Communications, Inc. All rights reserved.

Gregory Welch
4187 NW 114 St
Coral Springs Fl. 33065





7018 2290 0000 0210 1395

Senior Judge Kenneth
701 Clematis Street
West Palm Beach