UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   09-60212-CR-MARRA

UNITED STATES OF AMERICA,

vs.

GREGORY WELCH,

    Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO TERMINATE SUPERVISED RELEASE

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its response to the defendant Gregory Welch's *pro se* motion to terminate supervised release (DE: 110) and states the following:

    On September 20, 2010, the defendant was sentenced to 180 months' imprisonment followed by 3 years of supervised release for possession of a firearm by a convicted felon (DE: 45).  On May 21, 2020, the defendant's sentence was reduced to time served followed by 3 years of supervised release with a special condition of home confinement with electronic monitoring for a period of nine months (DE: 101, 102).

    The defendant commenced supervised release on May 21, 2020.  His supervised release is scheduled to expire on May 20, 2023.  On October 29, 2020, the defendant filed a *pro se* motion motion to terminate probation (DE 105).   On December 2, 2020, the Court denied the motion (DE 109).  On October 12, 2021, the defendant filed the instant motion to terminate supervised

release.

The defendant has been on supervised release for approximately eighteen months. On August 20, 2020, the defendant filed his first motion to terminate probation in which he asked the Court to vacate or modify his house arrest (DE: 103). On August 20, 2020, the Court granted the motion in part and gave the defendant the option of removing the monitor and allowing himself to be monitored by voice recognition for a period of nine months (DE: 104). The defendant took the option of voice recognition monitoring.

The defendant seeks early probation on the grounds that he is wishes to file for full rights restoration, graduate law school and apply for his bar license. The government applauds the defendant's goals and the steps he is taking towards reaching those goals. However, the government submits that being on supervised release does not hinder the defendant from taking the necessary steps to achieve those goals.

The defendant has been on supervised release for approximately one-half of the three-year period of supervised release. The undersigned contacted probation officer Julio Sanchez who advised that the defendant is required to submit monthly reports online. The probation officer also visits the defendant every two month. The defendant's reporting requirements are not unduly burdensome.

The defendant served a lengthy sentence and has an extensive criminal record including convictions for felony battery, robbery, possession of cocaine and possession of marijuana. The defendant has not provided sufficient grounds in support of his request for early termination of supervised release.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court deny defendant Gregory Welch's *pro se* motion for early termination of supervised release.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *s/ Jennifer A. Keene*
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0958263
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33394
Tel: (954) 660-5796 ; Fax: (954) 356-7336
Email: Jennifer.Keene@usa.doj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served by United States mail for those counsel and/or parties who are not authorized to receive or did not receive the electronic Filing as follows:

Gregory Welch
4187 N.W. 114 Street
Coral Springs, FL 33065

*s/ Jennifer A. Keene*
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY