UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   09-60212-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GREGORY WELCH,

    Defendant.
_____/

**<u>ORDER ON MOTION TO TERMINATE SUPERVISED RELEASE</u>**

THIS CAUSE is before the Court upon Defendant's pro se Motion to Terminate Supervised Release [DE 110].   This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is DENIED.  While the Court applauds Defendant's rehabilitation and his eagerness to pursue many new opportunities that are now available to him, in view of Defendant's criminal history, the Court finds that additional time on supervised release is necessary to comply with the statutory requirements of 18 U.S.C. § 3553. The Court concludes that Defendant's continuation on supervised release will not impose an undue burden on him.  Probation and the Court will continue to make reasonable accommodations to Defendant in order to allow him to pursue activities which will benefit him

1

and the community at large.

   DONE ND ORDERED in West Palm Beach, Florida this 14th day of November, 2021.

                     _____
                     KENNETH A. MARRA
                     United States District Judge

Copies provided to:

  All counsel